AO 91 (Rev. 11/11) Criminal Complaint

FILED
United States District Court
Albuquerque, New Mexico
Erik Paltrow
Clerk of Court

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

United States of America
v.
Rode Lyle Enjady
Year of Birth: 1978

*Defendant(s)*

Case No. **26mj4379**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of March 22, 2026 in the county of Rio Arriba County in the District of New Mexico, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. §§ 1153 and 113(a)(8) | Assault by Strangulation |
| 18 U.S.C §§ 1153 and 117 | Domestic Assault by a Habitual Offender |

This criminal complaint is based on these facts:

Please see attached affidavit.

☑ Continued on the attached sheet.

Claire Chadwick
*Complainant's signature*

Claire Chadwick, FBI Special Agent
*Printed name and title*

Electronically Submitted and Telephonically Sworn.

Date: 08/27/2026

Laura Fashing
*Judge's signature*

City and state: Albuquerque, NM

**Laura Fashing, United States Magistrate Judge**
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>**RODE LYLE ENJADY**,<br>Year of birth: 1978 | Case No. ___________<br><br>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT |

**AFFIDAVIT IN SUPPORT OF COMPLAINT**

I, Claire Chadwick, being first duly sworn, hereby depose and state as follows:

## I. AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI"). I have been employed with the FBI since 2022. I am an investigator and law enforcement officer within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to conduct investigations, to execute search warrants, and to make arrests for offenses against federal law. I am assigned to the FBI Farmington Resident Agency (RA), Albuquerque Division, where my duties include investigating violations of federal law, including crimes that occur in Indian Country.

2. I have received training and gained experience in the investigation and enforcement of major crimes including murder, assault, strangulation, and other federal crimes. Additionally, I have received training and experience in interview techniques, arrest procedures, search warrant applications, the execution of searches and seizures, and various other criminal laws and procedures. I have previously participated in investigations within Indian Country involving the same crimes as enumerated below.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, law enforcement officers, and witnesses. Because this affidavit is submitted for the limited purpose of securing a criminal complaint, I have not included every fact known to me concerning the investigation. I have set forth only those facts that I believe are necessary to establish that there is probable cause to support a criminal complaint, as explained below.

4. This affidavit is being submitted in support of a criminal complaint charging Rode Lyle Enjady (ENJADY), YOB 1978, with violating 18 U.S.C. §§ 1153 and 117, that being *Domestic Assault by a Habitual Offender*, and 18 U.S.C. §§ 1153 and 113(a)(8), that being Assault of a Spouse, Intimate Partner, or Dating Partner by Strangling.

## II. RELEVANT STATUTES

5. In relevant part, 18 U.S.C. § 1153(a) states:

> Any Indian who commits against the person or property of another Indian or other person any of the following offenses, namely, murder, manslaughter, kidnapping, maiming, a felony under chapter 109A, incest, a felony assault under section 113, an assault against an individual who has not attained the age of 16 years, felony child abuse or neglect, arson, burglary, robbery, and a felony under section 661 of this title within the Indian country, shall be subject to the same law and penalties as all other persons committing any of the above offenses, within the exclusive jurisdiction of the United States.

6. Title 18, Section 117 states:

> (a) Any person who commits a domestic assault within the special maritime and territorial jurisdiction of the United States or Indian country and who has a final conviction on at least 2 separate prior occasions in Federal, State, or Indian tribal court proceedings for offenses that would be, if subject to Federal jurisdiction—

> (1) any assault, sexual abuse or serious violent felony against a spouse or intimate partner, or against a child of or in the care of the person committing the domestic assault; or
> (2) an offense under chapter 110A,
> shall be fined under this title, imprisoned for a term of not more than 5 years, or both, except that if substantial bodily injury results from violation under this section, the offender shall be imprisoned for a term of not more than 10 years.

7. Title 18, Section 117(b) defines domestic assault as "an assault committed by a current or former spouse, parent, child, or guardian of the victim, by a person with whom the victim shares a child in common, by a person who is cohabitating with or has cohabitated with the victim as a spouse, parent, child, or guardian, or by a person similarly situated to a spouse, parent, child, or guardian of the victim."

8. Title 18, Section 113(a)(8) makes it a federal crime to assault a spouse, intimate partner, or dating partner by strangling, suffocating, or attempting to strangle/suffocate. Strangling means intentionally, knowingly, or recklessly impeding the normal breathing or circulation of the blood of a person by applying pressure to the throat or neck, regardless of whether that conduct results in any visible injury or whether there is any intent to kill or protractedly injure the victim. 18 U.S.C. § 113(b)(4).

## III. STATEMENT OF PROBABLE CAUSE

***Jicarilla Apache Police Department Response***

9. On Sunday, March 22, 2026, the victim in this investigation, hereinafter referred to as JANE DOE, called the Jicarilla Apache Police Department (JAPD) to request help. During her call for help, JANE DOE explained she was by the Senior Citizen's

Center[1], and she requested the cops. JANE DOE said she got hit, got a black eye, and had no shoes. The dispatcher told JANE DOE they were sending a unit.

10. According to the JAPD Official Sworn Police Report, Patrol Officer Truett Caramillo was dispatched to Girls Hill Drive in Dulce, New Mexico. When JAPD Officer Caramillo arrived, JANE DOE was standing in the middle of the street holding bags. JANE DOE appeared disheveled and had obvious injuries. The right side of JANE DOE's face was swollen, and her eye was black and swollen. JANE DOE's forehead had a contusion, and her arms had several bruises. JANE DOE stated ENJADY beat her up the night prior.

11. JANE DOE told Officer Caramillo that the abuse happened around 03:00 or 04:00 in the morning. JANE DOE and ENJADY were sleeping when ENJADY woke up and started "tripping." ENJADY accused JANE DOE of cheating on him. ENJADY hit JANE DOE in her face with his fist. ENJADY also strangled JANE DOE and pinned her down. ENJADY used his forearm to strangle JANE DOE by pushing his forearm against her neck. JANE DOE was able to get away by biting ENJADY's arm, which caused him to let go of her. JANE DOE ran outside with no shoes on to call for help.

12. Jicarilla Apache Emergency Services arrived and rendered medical aid to JANE DOE. An Emergency Medical Technician (EMT) reported that JANE DOE had a bite mark on her right shoulder and a broken nose. JANE DOE explained that her nose had

---

[1] On the call to JAPD, Jane Doe sounded emotional and upset. Per Google Maps, the Senior Citizen's Center is approximately 423 feet from ENJADY's residence at 8 Bluebird Cir, Dulce, NM 87528.

previously been broken[2], and that in order to fix her nose, the Doctor would have to re-break her nose and set it straight.

13. JANE DOE's nose was bleeding and would not stop, so JANE DOE used her shirt to wipe and keep the blood from dripping. Officer Caramillo took photos of JANE DOE's shirt sleeve and saw there was a dried blood-like substance on it. Officer Caramillo also captured photos of JANE DOE's injuries.

14. On March 26, 2026, Detective Christopher Rafferty of the Jicarilla Apache Police Department notified the FBI of the incident between ENJADY and JANE DOE.

***Interview of Victim Jane Doe***

15. On March 26, 2026, the FBI interviewed JANE DOE at 79 Girls Hill Dr, Dulce, NM, which is the residence of JANE DOE's mother. JANE DOE told the FBI that she and ENJADY had been in a dating relationship, on and off, for about five years. ENJADY had been violent and hurt JANE DOE at least three times, but this is the first time she "filed" anything. According to JANE DOE, ENJADY "keeps" her at his house whenever he hits her until her face heals. ENJADY's house is located at House #8 on Bluebird Circle in Dulce, NM. ENJADY's residence is located within the exterior boundaries of the Jicarilla Apache Nation Reservation.

16. JANE DOE further explained that during these incidents of domestic violence, ENJADY has made her remain in his house by taking her phone, wallet, and shoes. ENJADY broke JANE DOE's phone on multiple occasions, so she could not contact

[2] It is currently unknown how Jane Doe's nose was originally broken.

anyone for help. JANE DOE has had to buy a new phone several times, causing her to go through numerous Facebook accounts and numerous phone numbers.

17. During the March 22, 2026, assault, ENJADY first hit JANE DOE in her eye with his fist. JANE DOE told ENJADY she was going to return home, but he would not let her leave, held her down, and hit her nose. Her nose started bleeding. JANE DOE tried to text her mother during this altercation, but ENJADY went to take her phone. When JANE DOE snatched her phone, ENJADY hit her, causing the large bump on her head. When ENJADY strangled JANE DOE, he was on top of her and used his forearm to push on her neck. While being strangled, JANE DOE could not breathe, she saw stars, and her head hurt. This strangulation lasted for about a minute, and it finally ceased when JANE DOE bit ENJADY in the arm.

18. At some point, ENJADY bit JANE DOE on her shoulder, but JANE DOE did not recall exactly when this happened in the altercation. JANE DOE did remember feeling a sharp pain. JANE DOE also explained her toe was broken at some point, but she is not sure when that had occurred.

***Enjady's Prior Convictions***

19. Records indicate that ENJADY has been convicted of the following domestic violence crimes:

***The United States District of New Mexico, Case No. 16-CR-02898-WJ***

20. On July 12, 2017, records indicate that ENJADY was convicted of Assault Resulting in Serious Bodily Injury, Crime in Indian Country, in violation of 18 U.S.C. §§1153 and 113(a)(6) in the District of New Mexico, Case No. 16-CR-02898-WJ. The

records indicate that ENJADY was found guilty of assaulting his then-girlfriend. At the time, ENJADY and the victim were in a dating relationship and, therefore, this conduct would be considered assault against a spouse or intimate partner.

***New Mexico Second Judicial District Court, Case No. D-202-CR-200902298***

21. On September 16, 2009, ENJADY was convicted of Attempted Aggravated Battery on a Household Member, in Bernalillo County in the Second Judicial Court, a fourth-degree felony. The factual basis of this complaint is that on or about April 24, 2009, ENJADY, touched or applied force to a household member intending to injure her and caused great bodily harm to her or acted in a manner whereby death or great bodily harm could be inflicted upon the victim. Therefore, this conduct would be considered assault against a spouse of intimate partner.

***New Mexico Magistrate Court, County of San Juan, Case No. M-47-VR-200300131***

22. On May 12, 2003, ENJADY was convicted of Battery on a Household Member in the New Mexico Magistrate Court in the County of San Juan Case No. M-47-VR-200300131.

**IV. <u>JURISDICTION</u>**

23. As referenced above, the assault occurred at 8 Bluebird Cir, Dulce, NM, which is within the exterior boundaries of the Jicarilla Apache Nation Reservation, and is considered Indian Country for the purpose of federal law. Dulce is within Rio Arriba County in the District of New Mexico.

24. Records state that JANE DOE and ENJADY are enrolled members of Jicarilla Apache, thus are “Indians” as that term is used in federal law

V. **CONCLUSION**

25. Based on the above information, I submit that there is probable cause to believe that ENJADY violated 18 U.S.C. §§ 1153 and 113(a)(8), that being Assault by Strangulation, and 18 U.S.C §§ 1153 and 117, Domestic Assault by a Habitual Offender.

26. Therefore, I respectfully request that the Court approve the attached criminal complaint and issue an arrest warrant.

27. This complaint was reviewed and approved by Supervisory Assistant United States Attorney (AUSA) Jack Burkhead.

Claire Chadwick

Claire Chadwick
Special Agent
Federal Bureau of Investigation

Electronically signed and telephonically sworn
August 27, 2026.

Laura Fashing

Laura Fashing
United States Magistrate Judge