**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 2 2 2026
KH9

ERIK PALTROW
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

vs.

**RODE LYLE ENJADY**,

Defendant.

CRIMINAL NO. 26 - 4933 MLG

Count 1: 18 U.S.C. §§ 1153 and 117(a)(1): Assault by a Habitual Offender;

Count 2: 18 U.S.C. §§ 1153 and 113(a)(8): Assault of an Intimate Partner by Strangling.

# INDICTMENT

The Grand Jury charges:

## Count 1

On or about March 22, 2026, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **RODE ENJADY**, having been convicted of:

(1) Battery Against a Household Member, NMSA § 30-3-15, San Juan County Magistrate Court, New Mexico, on or about May 12, 2003, which would be, if subject to Federal jurisdiction, as assault, the victim of which was Jane Doe 2, a spouse and intimate partner of **RODE ENJADY**;

(2) Attempt to Commit Aggravated Battery Against a Household Member, NMSA §§ 30-3-16 and 30-28-1, Second Judicial District Court New Mexico, on or about September 16, 2009, which would be, if subject to Federal jurisdiction, an assault, the victim of which was Jane Doe 3, a spouse and intimate partner of **RODE ENJADY**;

(3) Domestic Violence, J.A.N.C. § 3-5-3(A) and § 3-5-2, Court of the Jicarilla Apache Nation, on or about April 19, 2012, which would be, if subject to Federal jurisdiction,

an assault, the victim of which was Jane Doe 3, a spouse and intimate partner of **RODE ENJADY**

(4) Domestic Violence, J.A.N.C. § 3-5-3(A) and § 3-5-2, Court of the Jicarilla Apache Nation, on or about May 5, 2016, which would be, if subject to Federal jurisdiction, an assault, the victim of which was Jane Doe 4, a spouse and intimate partner of **RODE ENJADY**,

(5) Assault Resulting in Serious Bodily Injury, Crime in Indian Country, 18 U.S.C. §§ 1153 and 113(a)(6), United States District Court, District of New Mexico, on or about June 17, 2017, which would be an assault, the victim of which was Jane Doe 4, a spouse and intimate partner of **RODE ENJADY**, and

(6) Assault and Battery, J.A.N.C. § 7-2-4(b), Court of the Jicarilla Apache Nation, on or about August 16, 2023, which would be, if subject to Federal jurisdiction, an assault, the victim of which was Jane Doe 3, a spouse and intimate partner of **RODE ENJADY**

assaulted Jane Doe 1, a person the defendant had cohabitated with and was a person similarly situated to a spouse.

In violation of 18 U.S.C. § 117(a)(1).

Count 2

On or about March 22, 2026, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **RODE ENJADY**, an Indian, assaulted Jane Doe 1, the defendant's spouse, intimate partner, and dating partner, by strangling, suffocating, and attempting to strangle and suffocate Jane Doe 1.

In violation of 18 U.S.C. §§ 1153 and 113(a)(8).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney